USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 30, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIANNE GATES, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

- against -

UNITED HEALTHCARE INSURANCE COMPANY, ALLIANCEBERNSTEIN L.P., LIFE, AD&D, DISABILITY & MEDICAL PLAN FOR EMPLOYEES OF ALLIANCEBERNSTEIN L.P., UNITED HEALTHCARE CHOICE PLUS COPAY PLAN FOR ALLIANCEBERNSTEIN L.P., ALLIANCEBERNSTEIN L.P. RETIREE MEDICAL PLAN FOR EMPLOYEES OF ALLIANCEBERNSTEIN L.P., and ALLIANCEBERNSTEIN L.P. UNITED HEALTHCARE INDEMNITY PLAN,

    Defendants.

Case No. 11-CIV-3487 (KBF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties stipulate and agree that the above-captioned matter shall be dismissed in its entirety with prejudice, with each party to bear her/its own costs, expenses and attorney's fees.

Dated: December 23, 2015

| | |
|---|---|
| **KELLER ROHRBACK L.L.P.** | **KELLER ROHRBACK L.L.P.** |
| _/s/ David S. Preminger_ | Lynn Lincoln Sarko |
| David S. Preminger | lsarko@kellerrohrback.com |
| dpreminger@kellerrohrback.com | Derek W. Loeser |
| 1140 Avenue of the Americas | dloeser@kellerrohrback.com |
| Ninth Floor | Erin M. Riley |
| New York, NY 10036 | eriley@kellerrohrback.com |
| Tel: 646-380-6690 | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA 98101-3052 |
| | Telephone: (206) 623-1900 |
| **Counsel for Plaintiff** | **Counsel for Plaintiff** |

So ORDERED: The Clerk of Court is directed to terminate the motions at ECF Nos. 217 and 221 and to terminate this action.

_/s/ Katherine B. Forrest_
12/30/2015
KATHERINE B. FORREST
United States District Judge

Michael Delikat
mdelikat@orrick.com
John D. Giansello
jgiansello@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000

*Counsel for the AllianceBernstein Defendants*

Jeffrey S. Klein
jeffrey.klein@weil.com
Nicholas J. Pappas
nicholas.pappas@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

*Counsel for the United Defendants*

| | |
|---|---|
| Michael Delikat<br>mdelikat@orrick.com<br>John D. Giansello<br>jgiansello@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5000<br><br>*Counsel for the AllianceBernstein Defendants* | */s/ Nicholas Pappas*<br>Jeffrey S. Klein<br>jeffrey.klein@weil.com<br>Nicholas J. Pappas<br>nicholas.pappas@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br><br>*Counsel for the United Defendants* |